**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

KEVIN WAYNE VANOVER,

Plaintiff,

v.

MICHAEL BINGNEAR; SCOTT VEGOTSKY; and
CITY OF BLUE RIDGE, GEORGIA,
Defendants.

**Civil Action No.**
2:26-cv-00187-SCJ

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville
SEP 03 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

## CERTIFICATE OF SERVICE

Pursuant to LR 26.3(A), I certify that on August 17, 2026, I served by electronic mail true and correct copies of the following discovery requests:

1. Plaintiff's First Requests for Production, First Interrogatories, and First Requests for Admission to Defendant Michael Bingnear;
2. Plaintiff's First Requests for Production, First Interrogatories, and First Requests for Admission to Defendant Scott Vegotsky; and
3. Plaintiff's First Requests for Production, First Interrogatories, and First Requests for Admission to Defendant City of Blue Ridge, Georgia.

Service was made pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the parties' written agreement in Section 11(a) of the Joint Preliminary Report and Discovery Plan upon:

Austin L. Perry — alp@mrdelaw.com
Taylor S. Howard — tsh@mrdelaw.com
McClure, Ramsay & Dickerson, LLP — P.O. Drawer 1408, Toccoa, Georgia 30577
Charles ("Chuck") Conerly — cconerly@smithconerly.com
Smith Conerly, LLP — 402 Newnan Street, Carrollton, Georgia 30117

The discovery requests themselves are not filed with the Court.

Submitted this ~~27~~ 3th day of ~~August~~ September, 2026.

Respectfully submitted,

Kevin Wayne Vanover, Plaintiff Pro Se
P.O. Box 528, Marble, NC 28905
(828) 557-2667 |
kwvanover22@gmail.com