**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP 03 2026

KEVIN P WEIMER, Clerk
By: Deputy Clerk

**KEVIN WAYNE VANOVER,**

Plaintiff,

v.

OFFICER MICHAEL BINGNEAR, in his individual capacity; SERGEANT SCOTT VEGOTSKY, in his individual capacity; and CITY OF BLUE RIDGE, **GEORGIA,**

Defendants.

Civil Action No. 2:26-cv-00187-SCJ

## DISCLOSURE OF USE OF ARTIFICIAL INTELLIGENCE

Plaintiff files this disclosure pursuant to the Instructions for Cases Assigned to the Honorable Steve C. Jones.

Artificial intelligence tools were used for drafting and editing assistance in preparing Plaintiff's Motion for Issuance of Signed-but-Otherwise-Blank Rule 45 Subpoenas, to Clarify the August 12, 2026 Disposition, and Incorporated Memorandum of

Law, and Plaintiff's Motion for Prior Permission Under Local Rule 7.1(A)(2) to File

Certain Later-Arising Motions, and Incorporated Memorandum of Law. The tools used were

OpenAI Codex and Anthropic Claude.

Plaintiff personally reviewed and approved each filing and remains responsible for its factual and legal content. Plaintiff certifies under penalty of perjury that, despite reliance on artificial intelligence tools, he has independently reviewed each document to confirm its accuracy, its legitimacy, and its use of good and applicable law, pursuant to Rule 11 of the Federal Rules of Civil Procedure. Plaintiff has independently verified each rule, statute, and record citation appearing

in the accompanying filings against the primary source.

Respectfully submitted this 3 day of Sept, 2026.

Kevin Wayne Vanover
Plaintiff, Pro Se
P.O. Box 528
Marble, North Carolina 28905
(828) 557-2667
kwvanover22@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

**KEVIN WAYNE VANOVER,**

Plaintiff,

v.

OFFICER MICHAEL BINGNEAR, in his individual capacity; SERGEANT SCOTT VEGOTSKY, in his individual capacity; and CITY OF BLUE RIDGE, **GEORGIA,**

Defendants.

Civil Action No. 2:26-cv-00187-SCJ

**CERTIFICATE OF SERVICE**

I certify that on the date shown below, I served a true and correct copy of Plaintiff's Disclosure of Use of Artificial Intelligence by electronic mail, pursuant to the parties' agreement to electronic service recorded at Section 11(a) of the Joint Preliminary Report and Fed. R. Civ. P. 5(b)(2)(E), upon:

Austin L. Perry (alp@mrdelaw.com)
Taylor S. Howard (tsh@mrdelaw.com)
McClure, Ramsay & Dickerson, LLP
P.O. Drawer 1408, Toccoa, Georgia 30577

Charles S. Conerly (cconerly@smithconerly.com)
Smith Conerly, LLP
402 Newnan Street, Carrollton, Georgia 30117

This 3 day of September, 2026.

______________________________
Kevin Wayne Vanover
Plaintiff, Pro Se