**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| KEVIN WAYNE VANOVER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BINGNEAR, in his individual capacity; SCOTT VEGOTSKY, in his individual capacity; and CITY OF BLUE RIDGE, GEORGIA,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION FILE<br>NO. 2:26-cv-00187-SCJ |

**RULE 5.4 CERTIFICATE OF SERVICE**
**OF DISCOVERY MATERIALS**

Pursuant to Local Rule 5.4(A), I hereby certify that I have served upon all parties the following:

1) Defendant City of Blue Ridge's Responses to Plaintiff's First Requests for Admissions;
2) Defendant City of Blue Ridge's Responses to Plaintiff's First Interrogatories;
3) Defendant City of Blue Ridge's Responses to Plaintiff's First Request for Production of Documents;
4) Defendant Michael Bingnear's Responses to Plaintiff's First Requests for Admissions;
5) Defendant Michael Bingnear's Responses to Plaintiff's First Interrogatories;
6) Defendant Michael Bingnear's Responses to Plaintiff's First Request for Production of Documents;

7) Defendant Scott Vegotsky's Responses to Plaintiff's First Requests for Admissions;
8) Defendant Scott Vegotsky's Responses to Plaintiff's First Interrogatories; and,
9) Defendant Scott Vegotsky's Responses to Plaintiff's First Request for Production of Documents

via email and by depositing a true and correct copy thereof in the United States mail, with sufficient postage affixed thereon to ensure delivery, and properly addressed to counsel of record as follows:

Mr. Kevin Wayne Vanover
Plaintiff, Pro Se
P.O. Box 528
Marble, North Carolina 28905
kwvanover22@gmail.com

Respectfully submitted,

*s/ Austin L. Perry*
State Bar No. 577007
E-mail: alp@mrdelaw.com

*s/ Taylor S. Howard*
State Bar No. 849318
E-mail: tsh@mrdelaw.com
**Counsel for Defendants**

McClure, Ramsay & Dickerson, LLP
P. O. Drawer 1408
Toccoa, Georgia 30577
Phone – (706) 886-3178
Fax – (706) 886-1150

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants, and mailed a paper copy of the same by the United States Postal Service, first-class, postage prepaid, to parties and counsel of record who are non-CM/ECF participants, properly addressed upon:

Mr. Kevin Wayne Vanover
Plaintiff, Pro Se
P.O. Box 528
Marble, North Carolina 28905
kwvanover22@gmail.com

This 7th day of October, 2026.

*s/ Taylor S. Howard*
TAYLOR S. HOWARD
Georgia Bar No. 849318

McClure, Ramsay & Dickerson, LLP
P.O. Drawer 1408
Toccoa, Georgia 30577
(office) 706-886-3178
(facsimile) 706-886-1150